1  **CAREY D. GORDEN**
   California State Bar No. 236251
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: carey_gorden@fd.org

5  Attorneys for Marcos Luna-Herrera

                    UNITED STATES DISTRICT COURT

                    SOUTHERN DISTRICT OF CALIFORNIA

                    **(HONORABLE NITA L. STORMES)**

| UNITED STATES OF AMERICA, | ) | Case No. 08MJ0548 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **CERTIFICATE OF SERVICE** |
| MARCOS LUNA-HERRERA, | ) | |
| Defendant. | ) | |

    Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

                    U.S. Attorney CR
                    Efile.dkt.gc2@usdoj.gov

                                    Respectfully submitted,

DATED:    February 26, 2008        /s/ Carey D. Gorden
                                   **CAREY D. GORDEN**
                                   Federal Defenders of San Diego, Inc.
                                   Attorneys for Marcos Luna-Herrera