U.S.A. vs **Marcos Luna-Herrera** No. **08mj0548-NLS**

The Court finds excludable delay, under the section indicated by check (✓), commenced on **3-20-08** and ended on **3-27-08** ; ( **XT4** )

_____ and ended on _____ . ( )

**3161(h)**

___ (1)(A) Exam or hrg for **mental or physical incapacity** — A
___ (1)(B) **NARA exam**ination (28:2902) — B
___ (1)(D) State or Federal trials or **other charges pending** — C
___ (1)(E) **Interlocutory appeals** — D
___ (1)(F) **Pretrial motions** (from flg to hrg or other prompt dispo) — E
___ (1)(G) **Transfers from other district** (per FRCrP 20, 21 & 40) — F
___ (1)(J) **Proceedings under advisement** not to exceed thirty days — G
___ Misc proc: Parole or prob rev, deportation, **extradition** — H
___ (1)(H) **Transportation** from another district or to/from examination or hospitalization in ten days or less — 6
___ (1)(I) Consideration by Court of **proposed plea agreement** — 7
___ (2) **Prosecution deferred** by mutual agreement — I
___ (3)(A)(B) **Unavailability of defendant** or **essential witness** — M
___ (4) Period of **mental or physical incompetence** of defendant to stand trial — N
___ (5) Period of **NARA commitment or treatment** — O
___ (6) **Superseding indictment and/or new charges** — P
___ (7) **Defendant awaiting trial of co-defendant** when no severance has been granted — R
___ (8)(A)(B) **Continuances** granted per (h)(8)-use "T" alone if more than one of the reasons below are given in support of continuance — T
___ (8)(B)(I) 1) Failure to grant a **continuance** in the proceeding would result in a **miscarriage of justice** and the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. **(Continuance - miscarriage of justice)** — T1
___ 2) Failure to grant a **continuance** of the trial would result in a miscarriage of justice as the defendant has tendered a guilty plea to a magistrate judge and is awaiting a determination as to whether the plea will be accepted. **(Continuance - tendered a guilty plea)**
___ (8)(B)(ii) 2) **Case** unusual or **complex** — T2
___ (8)(B)(iii) 3) **Indictment** following arrest **cannot be filed** in thirty (30) days — T3
**X** (8)(B)(iv) 4) **Continuance** granted in order to obtain or substitute counsel, or give reasonable time to prepare **(Continuance re counsel)** — (T4)
___ 3161(I) Time up to **withdrawal of guilty plea** — U
___ 3161(b) Grand jury indictment time extended thirty (30) more days — W

Date **3/20/08** _____ **CAB**
Judge's Initials